**Order entered February 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01407-CV

**CHRISTIAN CARE CENTERS, INC., Appellant**

**V.**

**REBECCA O'BANION AND JANIS L. WOOD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF TEH ESTATE OF J.D. RICHMOND, DECEASED, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-12201**

## ORDER

The reporter's record is overdue in this appeal. The clerk's record contains appellant's request for preparation of the record, and appellant's docketing statement reflects that payment arrangements have been made with the court reporter for the record. Accordingly, we **ORDER** Sheretta Martin, official court reporter of the 162nd Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sheretta Martin, official court reporter, 162nd Judicial District Court, and to counsel for all parties.

/s/     DAVID LEWIS
             JUSTICE